**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

```
_____
                               )
EDWARD JAVIER CRUZ UMANA,      )
                               )
        Petitioner,            )
                               )    Civil Action
v.                             )    No. 20-10305-PBS
                               )
JOSEPH D. MCDONALD, Jr.,       )
Plymouth County Sheriff,       )
                               )
        Respondent.            )
_____)
```

**ORDER OF DISMISSAL**

February 19, 2020

Saris, D.J.

The petition (Docket No. 1) is **DISMISSED** because Petitioner is no longer a member of the Brito class. Petitioner has been ordered removed by the Immigration Court and has waived his appeal to the Board of Immigration Appeals. See Docket No. 6-1 ¶¶ 10-12. Because there is a final order of removal, detention is mandatory during the 90-day removal period. Petitioner is currently detained pursuant to 8 U.S.C. § 1231, rather than 8 U.S.C. § 1226(a).

SO ORDERED.

```
                        /s/ PATTI B. SARIS
                        Patti B. Saris
                        United States District Judge
```