# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

EDWARD JAVIER CRUZ UMANA

    Plaintiff

    v.

JOSEPH D. MACDONALD, JR.,

    Defendants.

CIVIL ACTION

NO. 20-10305-PBS

## ORDER OF DISMISSAL

SARIS, D. J.

In accordance with the Court's Order dated February 19, 2020, it is hereby

ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

February 19, 2020
Date

/s/ Daniel C. Hohler
Deputy Clerk